RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/17/16
BY Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH DEWAYNE HARDY,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-1247; "P" |
| VERSUS | JUDGE DONALD E. WALTER |
| VICTOR JONES, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hardy's claims regarding his confinement filed against Sheriff Jones, Captain Sers, and Warden Dove, be denied and dismissed with prejudice pursuant to §§ 1915A and 1915(e)(2). Hardy's claim that his requests for dental care have been ignored by Nurse Clark and Warden Dove will be served on those defendants pursuant to a separate order.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 17 day of 11/17/16, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE