UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH DEWAYNE HARDY, Plaintiff | CIVIL ACTION NO. 1:16-CV-1247-P |
| VERSUS | JUDGE DONALD E. WALTER |
| VICTOR JONES, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 13), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Hardy's remaining medical care claim against Defendants Clark and Dove be and are hereby **DISMISSED WITHOUT PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 31 day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE